STATE OF CONNECTICUT *v.* JANCIS L. FULLER

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 592 (AC 17328), is denied.

MCDONALD, C. J., and PALMER and SULLIVAN, Js., did not participate in the consideration or decision of this petition.

*Jancis L. Fuller,* pro se, in support of the petition.

*Michael L. Regan,* senior assistant state's attorney, in opposition.

Decided March 22, 2000

STATE OF CONNECTICUT *v.* CHRISTIE MIKOLINSKI

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 252 (AC 17866), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defendant's detention at a roadside sobriety checkpoint did not violate her rights under either article first, § 7, or article first, § 9, of the Connecticut constitution?"

SULLIVAN, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16275.

*Jeffrey D. Brownstein,* in support of the petition.

*Eileen McCarthy Geel,* assistant state's attorney, in opposition.

Decided March 22, 2000